272 So.2d 286

**In re Clarence JOHNSON**

**v.**

**STATE of Alabama.**

**Ex parte STATE of Alabama, ex rel. ATTORNEY GENERAL.**

**SC 198.**

Supreme Court of Alabama.

Jan. 18, 1973.

William J. Baxley, Atty. Gen. and Richard F. Calhoun, Asst. Atty. Gen., for the State.

No brief for the respondent.

BLOODWORTH, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment

and decision of that Court in Johnson v. State, 49 Ala.App. ——, 272 So.2d 282.

Writ denied.

COLEMAN, McCALL, FAULKNER and JONES, JJ., concur.